**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1421**

———————

BRADLEY C. CARTER,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF THE ARMY; SECRET
SERVICE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-00-3239)

———————

Submitted:  May 31, 2001          Decided:  June 8, 2001

———————

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Bradley C. Carter, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bradley C. Carter appeals the district court's order dismissing without prejudice his claim under the Freedom of Information Act for failure to maintain a local service address. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Carter v. United States Dep't of the Army, No. CA-00-3239 (D. Md. Mar. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED